CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

NATIONAL LEGAL AND POLICY CENTER
Plaintiff(s)

Civil Action No. 26-CV-02471

vs.

SECURITIES AND EXCHANGE COMMISSION
Defendant(s)

## AFFIDAVIT OF MAILING

I, PAUL D. KAMENAR, hereby state that:

On the 17 day of JULY, 2026, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

U.S ATTORNEY, 601 D STREET, NW, WASHINGTON, DC 20530

I have received the receipt for the certified mail, No. 9589071052700115334912 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 22 day of JULY, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

AUGUST 10, 2026
(Date)

/S/ PAUL D. KAMENAR
(Signature)

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CIVIL PROCESS CLERK
US ATTY OFFICE
601 D ST. NW
WASHINGTON, DC 20530

9590 9402 9125 4225 4629 94

2. Article Number *(Transfer from service label)*

9589 0710 5270 0115 3349 12

PS Form 3811, July 2020 PSN 7530-02-000-9053

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X Evie [illegible]

☐ Agent
☐ Addressee

B. Received by (Printed Name) JUL 22 2026

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type

☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ ... Mail Restricted Delivery
...00)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt