CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

NATIONAL LEGAL AND POLICY CENTER
_____
     Plaintiff(s)

Civil Action No. __26-CV-02471__

vs.

SECURITIES AND EXCHANGE COMMISSION
_____
     Defendant(s)

### AFFIDAVIT OF MAILING

I, __PAUL D. KAMENAR_____, hereby state that:

On the __17____ day of __JULY_____, __2026___, I caused to be deposited in the

United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid,

return receipt requested, restricted delivery, addressed to the following defendant:

U.S DEPARTMENT OF JUSTICE, 950 PENNSYLVANIA AVE., NW, WASHINGTON, DC 20530-0001

I have received the receipt for the certified mail, No. __9589071052700115334929_____

(attached hereto), indicating that delivery of the summons and complaint was made upon said defendant

on the __21____ day of __JULY_____, __2026__ .

I declare under penalty of perjury that the foregoing is true and correct.

__AUGUST 10, 2026_____          __/S/ PAUL D. KAMENAR_____

      (Date)                            (Signature)



**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

US DEPT OF JUSTICE
950 PENNSYLVANIA, AVE NW
WASHINGTON, DC
20530-0001

9590 9402 9125 4225 4629 87

2. Article Number (Transfer from service label)

9589 0710 5270 0115 3349 29

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X    Evie crossak    ☑ Agent    ☐ Addressee

B. Received by (Printed Name)    2026    C. Date of Delivery

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ___ Mail
☐ ___ Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt