**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL LEGAL AND POLICY CENTER,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Defendant. | Civil Action No. 1:26-CV-02471-CJN |

**JOINT STATUS REPORT**

On July 15, 2026, the Plaintiff filed a FOIA complaint against the SEC. On August 24, 2026, this Court ordered the Parties to meet and confer, which the Parties have done, and to file a Joint Status Report by September 30, 2026 addressing the below issues.

1. Status of Plaintiff's FOIA request

   Defendant has completed its search for records responsive to Plaintiff's FOIA request and is currently processing the records.

2. Anticipated number of documents responsive to Plaintiff's FOIA request

   Defendant has located approximately 5178 pages of responsive records.

3. Anticipated date(s) for release of the documents requested by Plaintiff

   The Parties have discussed the processing and production of records and have agreed that Defendant will produce records to Plaintiff on a rolling basis. Defendant plans to make an initial production of approximately 1011 pages on or about September 30, 2026. It is too early to estimate when Defendant will be able to complete its production to Plaintiff.

Defendant will likely be able to provide an estimate of when Defendant will be able to complete production of responsive records in the next JSR.

4. Whether an Open America motion for stay is likely

   The Parties believe that an Open America motion for stay will not be necessary.

5. Possibility of prioritizing responsive documents and discussions regarding whether Plaintiff's request can be narrowed

   The Parties anticipate that they will not need to prioritize the production of certain records.

6. Whether the Parties will need to file summary judgment motions, and, if so, a proposed briefing schedule

   The Parties have not yet determined whether summary judgment briefing will be necessary.

The Parties propose submitting the next JSR by November 6, 2026.

/s/ Kevin D. Solonsky
KEVIN D. SOLONSKY
Senior Counsel
United States Securities and Exchange Commission
100 F Street, NE
Washington, D.C. 20549-9613
D.C. Bar No. 437119
solonskykd@sec.gov
(202) 551-5014

/s/ Paul D. Kamenar, Esq.
Law Offices of Paul D. Kamenar
1629 K Street, N.W.
Suite 300
Washington, DC 20006
paul.kamenar@gmail.com
(301) 257-9435

Dated: September 29, 2026