**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL LEGAL AND POLICY CENTER,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Defendant. | Civil Action No. 1:26-CV-02471-CJN |

**JOINT STATUS REPORT**

On October 5, 2026, this Court ordered the Parties to file a Joint Status Report by November 6, 2026, and every 60 days thereafter until either party moves for a briefing schedule for dispositive motions, files a dispositive motion, or the case is terminated. The Parties jointly submit the following status update:

1. Status of Defendant's search for records

   Defendant has completed its search for records. Defendant located approximately 5178 pages of responsive records.

2. Status of Defendant's processing and production of responsive records

   The Parties have agreed that Defendant will process responsive records on a rolling basis, in batches of approximately 1000 pages – approximately one batch per month. Defendant has completed processing the first two batches of records. On October 29, 2026, Defendant produced to Plaintiff the responsive, non-exempt information from the second batch of

records. Defendant is currently processing the third batch of records and aims to complete the processing and production of the third batch by November 30, 2026.

3. Whether an Open America motion for stay is likely

   The Parties do not anticipate that Defendant will need to file a motion for Open America.

4. Whether the Parties will need to file summary judgment motions, and, if so, a proposed briefing schedule

   The Parties have not yet determined whether summary judgment briefing will be necessary.

5. Next JSR

   The Parties aim to produce the next JSR by January 5, 2027.

/s/ Kevin D. Solonsky
KEVIN D. SOLONSKY
Senior Counsel
United States Securities and Exchange Commission
100 F Street, NE
Washington, D.C. 20549-9613
D.C. Bar No. 437119
solonskykd@sec.gov
(202) 551-5014

/s/ Paul D. Kamenar, Esq.
Law Offices of Paul D. Kamenar
1629 K Street, N.W.
Suite 300
Washington, DC 20006
paul.kamenar@gmail.com
(301) 257-9435

Dated: November 6, 2026